NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

BURT C. VERES,
*Claimant-Appellant*

v.

ROBERT A. MCDONALD, SECRETARY OF
VETERANS AFFAIRS,
*Respondent-Appellee*

2014-7125

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-729, Judge William A. Moorman.

**JUDGMENT**

N. ALBERT BACHARACH, JR., N. Albert Bacharach, Jr., P.A., Gainesville, FL, argued for claimant-appellant.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER; Y. KEN LEE,

MARTIN J. SENDEK, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 14, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |